**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: JAMES D. PAULSEN             § Case No. 19-82505
                                    §
                                    §
                                    §
    Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Joseph D. Olsen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $326,257.62 | Assets Exempt: | $26,215.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $74,980.36 | Claims Discharged Without Payment: | $171,744.99 |
| Total Expenses of Administration: | $60,019.64 | | |

    3) Total gross receipts of $135,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $135,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $110,000.00 | $110,000.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $63,240.84 | $60,019.64 | $60,019.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $342,000.00 | $246,725.35 | $246,725.35 | $74,980.36 |
| **TOTAL DISBURSEMENTS** | $342,000.00 | $419,966.19 | $416,744.99 | $135,000.00 |

4) This case was originally filed under chapter 7 on 10/29/2019.  The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/10/2024            By: /s/ Joseph D. Olsen
                                           Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5110 North Ridgeway Road, Ringwood, IL 60072-000 | 1110-000 | $135,000.00 |
| TOTAL GROSS RECEIPTS | | $135,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S-2 | The Cadle Company | 4110-000 | $0.00 | $110,000.00 | $110,000.00 | $0.00 |
| | TOTAL SECURED | | $0.00 | $110,000.00 | $110,000.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2100-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 2200-000 | NA | $257.14 | $257.14 | $257.14 |
| Attorney for Trustee Fees - Craig A Willette | 3110-000 | NA | $47,148.20 | $45,000.00 | $45,000.00 |
| Attorney for Trustee Fees - Joseph D Olsen - WAIVED | 3110-000 | NA | $1,073.00 | $0.00 | $0.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Special Counsel for Trustee Fees - Brian A. Hart | 3210-600 | NA | $4,412.50 | $4,412.50 | $4,412.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$63,240.84** | **$60,019.64** | **$60,019.64** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $375.20 | $375.20 | $114.02 |
| 2U-2 | The Cadle Company | 7100-000 | $342,000.00 | $246,350.15 | $246,350.15 | $74,866.34 |
| | TOTAL GENERAL UNSECURED CLAIMS | | $342,000.00 | $246,725.35 | $246,725.35 | $74,980.36 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 19-82505 | | Trustee Name: | (330400) Joseph D. Olsen |
|---|---|---|---|---|
| Case Name: | JAMES D. PAULSEN | | Date Filed (f) or Converted (c): | 10/29/2019 (f) |
| | | | § 341(a) Meeting Date: | 01/07/2020 |
| For Period Ending: | 07/10/2024 | | Claims Bar Date: | 04/09/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  5110 North Ridgeway Road, Ringwood, IL 60072-000 | 300,000.00 | 100,000.00 | | 135,000.00 | FA |
| 2  1405 Lam Road, Woodstock, IL 60098-0000, McHenry | 275,000.00 | 0.00 | | 0.00 | FA |
| 3  2014 Buick Enclave, 114,000 miles, Damaged. Enti | 7,000.00 | 0.00 | | 0.00 | FA |
| 4  Couches, Chairs and Television | 450.00 | 0.00 | | 0.00 | FA |
| 5  Bedroom Sets, Washer and Dryer | 650.00 | 0.00 | | 0.00 | FA |
| 6  Dining room Set, Kitchen Table and Chairs | 300.00 | 0.00 | | 0.00 | FA |
| 7  Kitchen Utensils, Stove and Refrigerator | 375.00 | 0.00 | | 0.00 | FA |
| 8  Microwaves, Freezer and Dishwasher | 150.00 | 0.00 | | 0.00 | FA |
| 9  Home Computer | 50.00 | 0.00 | | 0.00 | FA |
| 10 Riding Lawn Mower | 400.00 | 0.00 | | 0.00 | FA |
| 11 Two (2) Shotguns and Seven (7) Pistols | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 13 Joint Savings #508: Bank of America | 125.00 | 0.00 | | 0.00 | FA |
| 14 Joint Checking #878: Bank of America | 365.00 | 0.00 | | 0.00 | FA |
| 15 Deposits of money: Joint Money Market #005 | 125.00 | 0.00 | | 0.00 | FA |
| 16 Life Insurance: Debtor's Spouse | 12,904.00 | 0.00 | | 0.00 | FA |
| 17 Machinery Equipment [List Available] Full Value | 25,000.00 | 0.00 | | 0.00 | FA |
| 18 Medical Refund (u) | 1,113.62 | 0.00 | | 0.00 | FA |
| 19 Class Action Lawsuit Johnson Law Group Regarding (u) | Unknown | 0.00 | | 0.00 | FA |
| 20 McHenry Savings Bank - Lender liability for bad (u) | Unknown | 0.00 | | 0.00 | FA |
| **20**  Assets Totals (Excluding unknown values) | **$626,257.62** | **$100,000.00** | | **$135,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| Case No.: 19-82505 | Trustee Name: (330400) Joseph D. Olsen |
| Case Name: JAMES D. PAULSEN | Date Filed (f) or Converted (c): 10/29/2019 (f) |
| | § 341(a) Meeting Date: 01/07/2020 |
| For Period Ending: 07/10/2024 | Claims Bar Date: 04/09/2020 |

**Major Activities Affecting Case Closing:**

2023 12/31 - The District Court issued a ruling in late November, 2023, denying the Debtor's appeal of the bankruptcy court judgment overturning the transfer of his interest in the real estate under contention into tenancy by the entireties. Debtor's counsel, of course, filed a Motion to Reconsider which was promptly denied by the District Court. The Trustee has sought to hire a real estate broker which matter will be heard in January, 2024.

2022 12/31 - The Bankruptcy Court entered judgment in favor of the Trustee on the adversary complaint (20-96020) seeking to avoid the Debtor's transfer of the property into tenancy by the entirety. That occurred on 3/30/2022. That is the good news. Unfortunately, the bad news is the Debtor now has appealed that judgment to the District Court. It is pending decision from the District Court. That docket number is 3:22-cv-50111. The Trustee has no idea when that opinion will be issued. Again, sadly attorney's fees through the trial and post-trial matters really are getting into that area where it is not worth administering any more. There will have to be a concession on attorney's fees if the estate is going to get any distribution to creditors. Debtor's counsel is just relentlessly stubborn about everything and litigates everything to death. If the District Court overturns the decision of the Bankruptcy Court, the Trustee will just abandon the asset. If the District Court rules in our favor, the Trustee will seek to sell the house.

2021 12/31 - The adversary case has gone to trial which was concluded on 8/23/2021 with closing arguments conducted on 9/1/2021. Post-trial briefs have been submitted. My outside counsel has now retired so I don't have a status report from him. We are merely waiting for a decision from the bankruptcy court on the trial. If the decision is adverse, I will close out the file. If the decision is in our favor, I will try to collect the money from the Debtor's real estate.

2020 12/31 - Trustee is pursuing a fraudulent conveyance claim against debtor for pre-petition transfer of residence to wife as Tenants by the Entirety. Adversary case has been filed (20-96020). Discovery is pending. Next status date is 3/3/2021. See counsel's status report attached.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2020 | **Current Projected Date Of Final Report (TFR):** 12/31/2024 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 19-82505 | Trustee Name: | Joseph D. Olsen (330400) |
|---|---|---|---|
| Case Name: | JAMES D. PAULSEN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8151 | Account #: | ******7340 Checking Account |
| For Period Ending: | 07/10/2024 | Blanket Bond (per case limit): | $3,773,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/24 | {1} | Kathleen Paulsen | Home State Bank Cashier's Check No. 19564 dated 2/22/2024 remitted by Kathleen Paulsen as initial payment on settlement re real estate. | 1110-000 | 30,000.00 | | 30,000.00 |
| 03/21/24 | {1} | Kathleen Paulsen | Home State Bank Cashier's Check No. 19694 dated 3/7/2024 remitted by Kathleen Paulsen as final payment on settlement re real estate. | 1110-000 | 105,000.00 | | 135,000.00 |
| 06/10/24 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $257.14, Trustee Expenses; Reference: | 2200-000 | | 257.14 | 134,742.86 |
| 06/10/24 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $10,000.00, Trustee Compensation; Reference: | 2100-000 | | 10,000.00 | 124,742.86 |
| 06/10/24 | 103 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs; Reference: | 2700-000 | | 350.00 | 124,392.86 |
| 06/10/24 | 104 | Brian A. Hart | Dividend paid 100.00% on $4,412.50, Special Counsel for Trustee Fees; Reference: | 3210-600 | | 4,412.50 | 119,980.36 |
| 06/10/24 | 105 | Craig A Willette | Dividend paid 100.00% on $45,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 45,000.00 | 74,980.36 |
| 06/10/24 | 106 | Capital One Bank (USA), N.A. | Dividend paid 30.39% on $375.20; Claim# 1; Filed: $375.20; Reference: per TFR (Doc 147) and 6/5/2024 Orders (Doc 154-157) | 7100-000 | | 114.02 | 74,866.34 |
| 06/10/24 | 107 | The Cadle Company | Dividend paid 30.39% on $246,350.15; Claim# 2U-2; Filed: $246,350.15; Reference: per TFR (Doc 147) and 6/5/2024 Orders (Doc 154-157) | 7100-000 | | 74,866.34 | 0.00 |

| | | | COLUMN TOTALS | | 135,000.00 | 135,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 135,000.00 | 135,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $135,000.00 | $135,000.00 | |

{ } Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)       ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 19-82505 | **Trustee Name:** | Joseph D. Olsen (330400) | |
| **Case Name:** | JAMES D. PAULSEN | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***8151 | **Account #:** | ******7340 Checking Account | |
| **For Period Ending:** 07/10/2024 | | **Blanket Bond (per case limit):** $3,773,000.00 | | |
| | | **Separate Bond (if applicable):** N/A | | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7340 Checking Account | $135,000.00 | $135,000.00 | $0.00 |
| | **$135,000.00** | **$135,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)